<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY LIVINGSTON,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE ANTHONY GALLINA, et al.,<br><br>Defendants. | Civil Action No. 24-8862 (SDW) (CLW)<br><br>**WHEREAS OPINION & ORDER**<br><br>June 2, 2025 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Plaintiff Bradley Livingston's ("Plaintiff") Motion for Reconsideration (D.E. 85 ("Motion")) of this Court's May 8, 2025 Opinion granting Defendants' the Honorable Anthony Gallina, J.M.C. – Elmwood Park and the Borough of Elmwood Park's Motion to Dismiss and dismissing Plaintiff's Amended Complaint with prejudice (D.E. 83); and

**WHEREAS** to succeed on a motion for reconsideration, the movant must demonstrate at least one of the following: "(1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error of law or prevent manifest injustice." *Wiest v. Lynch*, 710 F.3d 121, 128 (3d Cir. 2013) (quoting *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010)). Plaintiff fails to present any arguments identifying a valid basis for reconsideration; therefore

Plaintiff's Motion is **DENIED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Cathy L. Waldor, U.S.M.J.